MANATT, PHELPS & PHILLIPS, LLP
BRANDON P. REILLY (Bar No. CA 278012)
breilly@manatt.com
JUSTIN C. JOHNSON (Bar No. CA 252175)
jjohnson@manatt.com
KYLA NÚÑEZ (Bar No. CA 329484)
knunez@manatt.com
30 Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (916) 552-2300
Facsimile: (916) 552-2323

*Attorneys for Defendant*
MIDFIRST BANK

NATHAN & ASSOCIATES, APC
Reuben D. Nathan, Esq. (SBN 208436)
Email: rnathan@nathanlawpractice.com
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
LAW OFFICES OF ROSS CORNELL, APC
Ross Cornell, Esq. (SBN 210413)
Email: rc@rosscornelllaw.com
P.O. Box 1989 #305
Big Bear Lake, CA 92315
Office: (562) 612-1708

*Attorneys for Plaintiff*
SAMUEL DAWKINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL DAWKINS, on behalf of himself and all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>MIDFIRST BANK, a federally chartered savings association,<br><br>Defendant. | Case No.: 1:26-cv-05182-KES-FJS<br><br>JOINT MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER |

Pursuant to Local Rule 233 and District Judge Kirk E. Sherriff's standing order, Plaintiff Samuel Dawkins ("Plaintiff") and MidFirst Bank ("Defendant") (collectively, the "parties") hereby

jointly request, subject to court approval, to extend Defendant's responsive pleading deadline by thirty (30) days, up to and including November 13, 2026 (the "motion").

Plaintiff filed his complaint in the above-entitled court on July 3, 2026. On August 11, 2026, Defendant executed and filed a waiver of service of summons, making the deadline to respond to the complaint October 13, 2026. The parties have been engaged in settlement discussions and reached a settlement in principle. In order to allow additional time for the parties to finalize and execute a formal settlement agreement and obviate the need for future litigation, the parties jointly request to extend Defendant's deadline to answer or otherwise respond to the complaint by thirty (30) days, up to and including November 13, 2026.

This is the first extension requested as to Defendant's deadline to respond to the complaint, and the requested extension will not prejudice any party or delay the resolution of this action. The foregoing agreement was reached for good cause and as a result of good faith meet and confer communications between undersigned counsel for the parties.

Dated: October 9, 2026

NATHAN & ASSOCIATES, APC

By: */s/ Reuben D. Nathan*
Reuben D. Nathan

*Attorneys for Plaintiff*
SAMUEL DAWKINS

Dated: October 9, 2026

MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Justin C. Johnson*
Justin C. Johnson

*Attorneys for Defendant*
MIDFIRST BANK

ORDER

The court, having read and considered the joint administration motion filed by Plaintiff Samuel Dawkins ("Plaintiff") and Defendant MidFirst Bank ("Defendant"), and finding good cause, HEREBY ORDERS THAT:

1. The joint motion for administrative relief is GRANTED;
2. Defendant's deadline to respond to the complaint is extended thirty (30) days, up to and including November 13, 2026.

IT IS SO ORDERED.

Dated: **October 14, 2026**

UNITED STATES MAGISTRATE JUDGE