UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL DAWKINS, on behalf of himself and all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>MIDFIRST BANK, a federally chartered savings association,<br><br>Defendant. | Case No. 1:26-CV-05182-KES-FJS<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

On October 14, 2026, this court granted the parties' joint motion for administrative relief (ECF No. 8). (*See* ECF No. 9.) Defendant MidFirst Bank has up to and including November 13, 2026, to respond the complaint. (*Id.*)

In the interest of judicial economy, the court finds it necessary to continue the scheduling conference currently set in this matter. Accordingly, the SCHEDULING CONFERENCE currently set for November 4, 2026, is HEREBY CONTINUED to December 2, 2026, at 11:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties shall file a Joint Scheduling Report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **October 15, 2026**

UNITED STATES MAGISTRATE JUDGE