UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SAMUEL DAWKINS, on behalf of himself and all similarly situated persons,

Plaintiff,

v.

MIDFIRST BANK, a federally chartered savings association,

Defendants.

Case No. 1:26-CV-05182-KES-FJS

ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS

(ECF No. 11)

On October 29, 2026, Plaintiff Samuel Dawkins ("Plaintiff") filed a notice voluntarily dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 11). Therefore, this action has been dismissed. *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Titus v. BlueChip Fin.*, 786 F. App'x 694, 695 (9th Cir. 2019) (unpublished) (citing *Emp'rs-Teamsters Local Nos. 175 & 505 Pension Tr. Fund v. Anchor Capital Advisors*, 498 F.3d 920, 924 (9th Cir. 2007)). Accordingly, the Clerk of Court is respectfully DIRECTED to terminate all pending deadlines and proceedings and then close the case.

IT IS SO ORDERED.

Dated: **October 30, 2026**

UNITED STATES MAGISTRATE JUDGE